USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States,

–v–

Melanie Williams-Bethea,

Defendant.

---

18-cr-78-1 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Ms. Williams-Bethea's motion for compassionate release pursuant to 18 U.S.C. § 3582(c). The Government shall reply to the motion no later than May 27, 2020. Any reply from Ms. Williams-Bethea is due by May 29, 2020.

SO ORDERED.

Dated: May 22, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge